O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Sherman, Wayne Gary<br><br>  Defendant. | Case No.: SA13-516M<br><br>ORDER OF DETENTION |

I.

A.  ( )  On motion of the Government in a case allegedly involving:

 1.  ( )  a crime of violence.

 2.  ( )  an offense with maximum sentence of life imprisonment or death.

 3.  (X)  a narcotics or controlled substance offense with maximum sentence of ten or more years.

 4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

 5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  C.    (✘)    the history and characteristics of the defendant; and
2  D.    (✘)    the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.    (✘)    As to flight risk:

_backgrd cmty ties unknown;_
_bail resources unknown;_

B.    (✘)    As to danger:

_nature of allegations;_
_prior conv for narcotics offense_

**VI.**

A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VII.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 11/14/13

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 1 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: SA 13-516 M |
|---|---|
| v. Wayne Sherman DEFENDANT. | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

I understand that charges are pending in the District of **Alaska** alleging violation of **21 USC 841** *(Title and Section / Probation / Supervised Release)* and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

-Check one only-

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☑ arrival of process
☐ have a preliminary hearing
☑ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: 11/14/13

_____
United States Magistrate Judge
ROBERT N. BLOCK

I have translated this Waiver to the defendant in the _____ language.

Date: _____
Interpreter (if required)